UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| DEBRA FRASSRAND, | ) |
| *Plaintiff*, | ) |
| | ) Case No. 1:07-cv-222 |
| v. | ) Judge Mattice |
| METROPOLITAN LIFE INSURANCE, COMPANY, *et al.*, | ) |
| *Defendant*. | ) |

## ORDER

United States Magistrate Susan K. Lee filed her Report and Recommendation [Court Doc. 45] pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(a). The parties have filed timely objections [Court Docs. 46 & 47.].

The Court has reviewed *de novo* those portion of Magistrate Judge Lee's Report and Recommendation to which objections have been made. Fed. R. Civ. Proc. 72(b). The Court finds that Plaintiff's objections and Defendant's objections raise no new arguments but are simply a reargument of issues previously raised on summary judgment and which were fully addressed in the Report and Recommendation. The Court finds that further analysis of these same arguments would be merely cumulative and is unwarranted in light of Magistrate Judge Lee's well-reasoned and well-supported Report and Recommendation.

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b). Plaintiff's objections [Court Doc. 47] are **OVERRULED**. Defendant's objections [Court Doc. 46] are **OVERRULED**. Pursuant to 29 U.S.C. § 1132(g)(1), Plaintiff is awarded attorney's fees in the amount of $9,366.50. The case shall remain closed.

SO ORDERED this 24th day of March, 2010.

                                                          */s/Harry S. Mattice, Jr.*
                                                          HARRY S. MATTICE, JR.
                                                  UNITED STATES DISTRICT JUDGE